# Copyrights-In-Suit for IP Address 69.138.168.28

**ISP:** Comcast Corporation
**Location:** Silver Spring, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Maybe Yes | PA0001931475 | 01/31/2015 | 02/17/2015 | 01/31/2015 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 11/27/2014 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 10/18/2014 |
| Kacey Jordan Does Xart | PA0001916065 | 10/04/2014 | 10/06/2014 | 10/05/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/02/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 07/24/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/16/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/01/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/14/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/06/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/20/2013 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/05/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 12**

EXHIBIT B