## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO.** |
| **v.** | * | |
| **JOHN DOE subscriber assigned IP address** | * | |
| **69.138.168.28,** | * | |
| **Defendant.** | * | |
| | * | |

### INABILITY TO CONFER

The Defendant in this case is a "John Doe" defendant.  As such, the identity of the defendant and their contact information are unknown at this time.  Without this information, it is impossible to schedule a discovery conference.

Respectfully submitted,

MALIBU MEDIA, LLC
PLAINTIFF

By:  /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle &
          Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580